**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATE HOLDERS OF EMC MORTGAGE LOAN TRUST 2004-A MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2004-A, | : No. 43 MAL 2015 <br> : <br> : <br> : Petition for Allowance of Appeal from the <br> : Order of the Superior Court |
| Respondent | |
| v. | |
| SANDRA WHITMAN, | |
| Petitioner | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.